UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
                                   :    NOTICE OF APPEARANCE
        - v -
                                        7:07-mj-01684

Wennick Lassends-Martinez

        Defendant.                 :
------------------------------x

     PLEASE TAKE NOTICE, that I have been retained by Wennick Lassends-Martinez, the above named defendant. I was admitted to practice in this District on February 13th, 2002.

                                          STANISLAO A. GERMÁN
                                          Attorney At Law
                                          122 East 42nd Street, Suite 2710
                                          New York, New York 10168

Dated: October 17, 2007
       New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :

                                                     AFFIRMATION OF SERVICE

       v -

                                                     7:07-mj-01684

Wenneck Lassends Martinez,

          Defendants.

-------------------------------------------------------x

STANISLAO A. GERMÁN, an attorney licensed to practice in New York State and the United States District Courts for the Eastern and Southern Districts of New York, affirms pursuant to 28 U.S.C. § 1746 that he served true copies of the within Notice of Appearance, on the government on October 17th, 2007, by placing same in an envelope with correct postage affixed thereto, and depositing it in a United States Postal Service receptacle, addressed to:

                A.U.S.A. Nola Breglio Heller
                U.S. Attorney's Office, SDNY – White Plains
                300 Quarropas Street
                White Plains, NY 10601

Dated: October 17th, 2007
       New York, New York

                                      Yours, etc.

                                      STANISLAO A. GERMÁN, ESQ.
                                      Attorney for Defendant
                                      122 East 42nd Street, Suite 2710
                                      New York, New York 10168
                                      (212) 986-6776

United States District Court
Southern District of New York
7 07-mj- 01684

------------------------------------------------------------

**UNITED STATES OF AMERICA**


    -against-

**Wennick Lassends-Martinez**


        **Defendant.**

------------------------------------------------------------


**NOTICE OF APPEARANCE**


------------------------------------------------------------


Law Office of Stanislao A. Germán
Stanislao A. Germán, Esq.

122 East 42nd Street, Suite 2710
New York, New York  10168
(212) 986 - 6776