AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

UNITED STATES OF AMERICA
v.
WENNICK LASSENDS-MARTINEZ

Case Number: 07-MJ-1684

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WENNICK LASSENDS-MARTINEZ

I certify that I am admitted to practice in this court.

November 7, 2007
Date

_[Signature]_
Signature

DAVID J. GOLDSTEIN
Print Name                                Bar Number

888 Grand Concourse
Address

Bronx          New York          10451
City           State             Zip Code

(718) 665-9000        (718) 665-9147
Phone Number          Fax Number